Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)



FILED
CLERK, U.S. DISTRICT COURT

JAN = 2 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

First Division

|  |  |
|---|---|
| EDWARD ALEXANDER AYANS, | Case No. 2:25-CV-00049-KK-AJR |
| **Plaintiff(s)** | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.* | |
| *If the names of all the plaintiffs cannot fit in the space above,* | |
| *please write "see attached" in the space and attach an additional* | |
| *page with the full list of names.)* | |
| v. | |
| WINDY M°MAHON CBS DIRECTOR, et, al. | |
| MARY BETH M°VALE, KTLA Official, et, al. | |
| SCOTT STEIPLETUN, MOORPARK ACORN Official et, al | |
| ELIZABETH DAVID MOORPARK COLLEGE REPORTER et, el | |
| JENNIFER CLARK, MOORPARK COLLEGE Business | |
| SERVICES VICE-PRESIDENT, et. al | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

ORIGINAL

②

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                    EDWARD ALEXANDER AYANS

All other names by which

you have been known:            NONE

ID Number                            2124942

Current Institution              VENTURA COUNTY JAIL / TODD ROAD HEALTH PROGRAM #1

Address                              600 So. TODD ROAD, P.O. BOX 46925

 ___VENTURA___          ___CALIF___    ___93006-6925___
 City                              State              Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                                   WINDY MCMAHON

Job or Title *(if known)*        CBS NEWS DIRECTOR

Shield Number                     NOT AN OFFICER

Employer                             CBS STUDIOS

Address                              4200 RADFORD AVENUE

 ___STUDIO CITY___        ___CALIF___    ___91604___
 City                              State              Zip Code

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

Name                                   MARY BETH MCVALE

Job or Title *(if known)*        KTLA NEWS DIRECTOR

Shield Number                     NOT AN OFFICER

Employer                             KTLA STUDIOS

Address                              5800 SUNSET BLVD

 ___LOS ANGELES___        ___CALIF___    ___80028___
 City                              State              Zip Code

☒ Individual capacity    ☒ Official capacity



ORIGINAL

Page 2 of 11

02 OF 13

③

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name SCOTT STEEPLETON

Job or Title *(if known)* MOORPARK ACORN official

Shield Number NOT AN OFFICER

Employer MOORPARK ACORN

Address 29800 ACOURA ROAD STE 103

ACOURA HILLS     CAL    91304

     City            State       Zip Code

☒ Individual capacity    ☒ Official capacity

Defendant No. 4

| Name | ELIZABETH DAVID | JENNIFER CLARK |
|---|---|---|
| Job or Title *(if known)* | MOORPARK COLLEGE REPORTER | MOORPARK COLLEGE VICE PRESIDENT |
| Shield Number | NOT AN OFFICER | NOT AN OFFICER |
| Employer | MOORPARK COLLEGE | MOORPARK COLLEGE |
| Address | 7075 CAMPUS ROAD | 7075 CAMPUS ROAD |
| | MOORPARK | CALIF |
| | City | State     Zip Code |

☒ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*: NO SEE S; ☒ AND REVERSE SIDE II 'B BASIS FOR JURISDICTION AND II D (IIB CONTINUED ON REVERSE SIDE)

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

THIS LAWSUIT IS AGAINST MEDIA (CBS, KTLA, MOORPARK ACORN) AND COLLEGE, NOT SHERIFF JIM FRYHOFF, EVEN THOUGH VC SHERIFF OFFICIALS TOLD MEDIA "I WAS CHARGED WITH RAPE" WHICH WAS IMMEDIATELY DISMISSED BY DA MEDIA RAN AND CONTINUES TO RUN GOOGLE, U-TUBE ARTICLES CALLING ME "A RAPIST" WHICH STILL THREATEN MY LIFE HERE AT VENTURA COUNTY JAIL, WHERE I'VE BEEN ASSAULTED AND THREATENED AND AM CONFINED AT FOR A NON-SEX OFFENSE, BECAUSE JAIL/PRISON RULE

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

 ORIGINAL

(CONTINUED ON REVERSE SIDE)

03 OF 13

IIB BASIS FOR JURISDICTION CONTINUED

(4)

AMONGST INMATES IS, AS INMATES CALL IT "THERE IS A GREEN LIGHT ON ① CHILD MOLESTERS, ② RAPIST'S ③ INFORMANTS ④ GANG AND OR GENERAL POPULATION DROP-OUTS, WHICH TRUTHFULLY MEANS THAT SOMEONE OF YOUR RACE WILL ASSAULT, KILL, ROLL YOU UP FROM HOUSING UNIT IF YOU ARE KNOWN TO BE ONE OF THOSE NAMED INDIVIDUALS." WHICH THE SHERIFFS DEPT, MEDIA, GOOGLE AND U-TUBE ARE VERY CRUELLY MAKING ME OUT TO BE, SINCE I HAVE BEEN ① ASSAULTED, ② CHASED, ③ THREATENED BY PEOPLE WHO "THREATEN TO KILL ME" I SHOULD SUE AND AM ENTITLED TO SUE FOR FOUR BILLION, NOT JUST TEN MILLION DOLLARS I AM NOW SUING THESE CORRUPT DEFENDANTS FOR, BECAUSE MY LIFE IS PRICELESS TO ME AND MY FAMILY, AND CLEARLY MEANS NOTHING TO THE ABOVE LISTED DEFENDANTS.

TABLE OF AUTHORITIES/RIGHTS BEING VIOLATED BY DEFENDANTS

① AMERICANS WITH DISABILITIES ACT TITLE II PROHIBITION FROM DISCRIMINATION
② U.S. 8TH AMENDMENT/ARTICLE 1307 CALIFORNIA CONSTITUTION WHICH PROHIBITS CRUEL AND UNUSUAL PUNISHMENT
③ U.S 14TH DUE PROCESS/EQUAL RIGHTS AMENDMENT
④ U.S FIRST AMENDMENT RIGHT TO MEET PEACEFULLY WITH OTHERS TO EDUCATE MYSELF I CANNOT DO ANY-WHERE NOW THAT MY LIFE IS IN DANGER EVERYWHERE I GO THANKS THANKS TO THE ABIGLIES AGAINST ME
⑤ RIGHT/PRIVILEGE PURSUANT TO JAIL POLICY TO MEET WITH OTHER INMATES FOR ① RECREATION TIME, ② REHABILITATION/EDUCATION GROUPS AND CLASSES SINCE I AM CONFINED IN MY CELL CLOSE TO 23 HOURS A DAY.

EXECUTED ON THIS 17 DAY OF DECEMBER, 2024 IN THE COUNTY OF VENTURA, CALIFORNIA

12-17-2024
(DATED)

EDWARD ALEXANDER AYANS (2124542)
(PLAINTIFF IN PRO-SE)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

ON 04/20/21 I WAS FALSLY CHARGED BY VC SHERIFF FOR RAPE, WHICH DA IMMEDIATELY DISMISSED CHARGE, BUT BECAUSE SHERIFF TOLD ABOVE MEDIA/DEFENDANTS ABOUT THAT ARREST, I HAVE AND STILL HAVE SOCIAL MEDIA ARTICLES THAT CALL ME A RAPIST ONLINE AND HAS RESULTED IN PEOPLE I KNOW AND DON'T KNOW THREATENING TO KILL ME, ESPECIALLY HERE IN JAIL WHERE EVERYONE WANTS TO KILL ① INFORMANTS ② CHILD MOLESTER ③ RAPIST WHICH EVERYONE IN HERE BELIEVES THOSE FALSE ARTICLES ARE FACT SO THIS IS BOTH AS FAR AS I AM CONCERNED ATTEMPTED MURDER DEFENDANT'S ARE COMMITTING AGAINST ME IN VIOLATION OF CPC §§ 664/187

III.    **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☒    Other *(explain)*    AGAIN, THIS COMPLAIN IS AGAINST MEDIA AND COLLEGE OFFICIALS NOT SHERIFF JIM FRYHOFF AND HIS STAFF WHO CRUELLY IN VIOLATION OF U.S. 8TH AMENDMENT/ART. 1§17 CALIFORNIA CONSTITUTION, ADA II TOLD

IV.    **Statement of Claim**    MEDIA, "I WAS IN CUSTODY FOR RAPE CHARGE" BUT NOT THAT CHARGE WAS IMMEDIATELY DISMISSED WITH NAME.

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.
EVENTS AROSE WHEN I WAS ARRESTED BY SHERIFFS DEPUTIES FOR THE CHARGE OF RAPE, WHICH DISTRICT ATTORNEY IMMEDIATELY DISMISSED, BUT MEDIA RAN AND CONTINUES TO RUN ARTICLES WITH GOOGLE, U-TUBE etc, etc CALLING ME "A RAPIST" WHICH HAS RESULTED IN MY HEALTH AND WELLBEING (LIFE!) BEING THREATENED EVERY DAY BY BOTH STRANGERS & PEOPLE FROM MY PAST

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.
WHEN I WAS ARRESTED FOR RAPE CHARGE DISTRICT ATTORNEY IMMEDIATELY DISMISSED I BELIEVE VENTURA COUNTY SHERIFFS DEPT TOLD MEDIA "I WAS CHARGED WITH "RAPE" BUT LET ME AND EVERYONE WHO INQUIRED WHO VESO THAT CHARGE WAS DISMISSED" AND TRUE HARM UPON ME STILL EXISTS FROM MEDIA OFFICIAL'S WHO CONTINUE TO HAVE ARTICLES ONLINE THAT STATE, I AM A RAPIST..." WITH SOCIAL MEDIA THAT CONTINUE ENDANGERING ME AND MY FAMILY/LOVED ONES, WHO KNOW I AM NOT A RAPIST, BUT ARE IN DANGER FOR BELIEVING IN ME.

(6)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

ONCE AGAIN, SINCE 04/20/24 WHEN SHERIFF'S DEPT FALSLY CHARGED ME WITH RAPE CHARGE WHICH DISTRICT ATTORNEY IMMEDIATELY DISMISSED ① NBC ② KTLA, ③ MOORPARK ACORN LISTED ME AND SOME OO IN ARTICLES ONLINE WITHIN STATE "I AM A RAPIST" WHICH RESULTS EVERY DAY BOTH IN THE COMMUNITY AND HERE IN COUNTY JAIL WHERE IM AT FOR NOT A SEX OFFENSE IN PEOPLE THREATENING TO KILL ME EVERYDAY WHICH IS WORTH MORE MONEY THAN ANYONE WILL EVER HAVE BECAUSE MY LIFE IS PRICELESS

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

① FAMILY MEMBERS/LOVED ONES WONT ASSOCIATE WITH ME FOR FEAR OF THEIR LIVES SINCE IM KNOWN WRONGFULLY AS A RAPIST.

② CANNOT FIND WORK AND AM NOT WELCOME IN SOME BUSINESSES (STORES, RESTAURANTS BECAUSE IM WRONGFULLY KNOWN AS A RAPIST

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I RECEIVE ① TEN MILLION DOLLARS ② OFFICIALS WHO ILLEGALLY POSTED THOSE PODCASTS ARE ③ CHARGED FOR DOING SO AND FIRED FROM JOBS

ORIGINAL

Page 5 of 11



⑦

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are . exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

① ☒ Yes ① ARTICLES WERE PLACED AGAINST ME ON SOCIAL MEDIA
WHILE IN CUSTODY FOR A FALSE RAPE CHARGE, AND

② ☒ No ② I SAY "NO" BECAUSE IT IS THAT FALSE RAPE CHARGES
THAT'S LED TO BATTERY AGAINST ME AND THREATS AGAINST ME/SHANON

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

VENTURA COUNTY JAIL

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes    YES, BUT CUSTODY IGNORE AND REFUSE MY REQUESTS FOR ONE
BY STATING "THEY DON'T HAVE ANY WHICH COME FROM
SUPPLIES OFFICE"

☐ No    WITNESS TO THIS FACT IS Brown James Pierce 2159381
AARON JAMES PIERCE

☐ Do not know    FUTURE 1983 PLAINTIFF

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

① ☒ Yes    ① NOT AGAINST MEDIA/COLLEGE DEFENDANTS IN THIS
COMPLAINT, BUT ② YES IN SECOND/FUTURE COMPLAINT
AGAINST JIM FRYHOFF SHERIFF, WHO I TRIED TO SUE IN

② ☒ No    DOJ REPORT #542381-QBK, WHICH IS WHY I AM FILING
THIS COMPLAINT AGAINST ABOVE NAMED DEFENDANTS.

☐ Do not know

If yes, which claim(s)?    SEE ABOVE ANSWER


ORIGINAL

07 OF 13

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

■ Yes

AND    ■ No    ~~AGAINST CBS WHICH HAS BEEN ANSWERED, BUT
                    YET BECAUSE 1983 IS NOT AGAINST JAILERS~~

If no, did you file a grievance abo.... : events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.    If you did file a grievance:  N/A

1.    Where did you file the grievance?

N/A

2.    What did you claim in your grievance?

N/A

3.    What was the result, if any?

N/A

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

ORIGINAL

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

THIS COMPLAINT IS NOT AGAINST SHERIFF JIM FRYHOFF BECAUSE I AM SUING HIM/SHERIFFS OFFICIALS WHO INFORMED MEDIA/COLLEGE REPORTER SO ARTICLES WOULD AND STILL ARE AGAINST ME, BECAUSE I AM FILING SECOND COMPLAINT AGAINST HIM/VCSO BECAUSE HE DID NOT INFORM DEFENDANT'S WHEN CHARGES WERE DISMISSED AGAINST ME

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

① I DID FILE ELECTRONIC GRIEVANCE AGAINST CBS WHICH STILL HAS NOT BEEN RESPONDED TO ② ON 11/7/24 I FILED A COMPLAINT WITH U.S. DEPT. OF JUSTICE (REPORT NO. 542381-QBK) DOJ STATED "I HAD TO FILE MY COMPLAINT WITH ANOTHER ENTITY" WHICH I AM NOW DOING WITH THIS TEN MILLION DOLLAR 42 USC §1983 CIVIL COMPLAINT!

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I AM NOW HOUSED AT VENTURA COUNTY TODD ROAD JAIL FOR UNRELATED CRIME, WHICH CERTAINLY IS NOT A SEX OFFENSE, AND HERE FELLOW INMATES WHO KNOW OF ARTICLES AGAINST ME BELIEVE SOCIAL MEDIA NOT ME, SO I'M THREATENED DAILY AND I HAVE BEEN ASSAULTED ONCE BUT SHERIFFS OFFICIALS CALLED IT A FIGHT AND WROTE ME UP FOR DEFENDING MYSELF...

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.


ORIGINAL

09 OF 13

(10)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)     N/A

Defendant(s)     N/A

2.   Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.   Docket or index number

N/A

4.   Name of Judge assigned to your case

N/A

5.   Approximate date of filing lawsuit

N/A

6.   Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition.   NO PRIOR LAWSUITS, SO N/A

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

NO

ORIGINAL

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)              N/A

Defendant(s)

2.   Court *(if federal court, name the district; if state court, name the county and State)*

3.   Docket or index number

N/A

4.   Name of Judge assigned to your case          N/A

5.   Approximate date of filing lawsuit           N/A

6.   Is the case still pending?

☐ Yes

N/A

☐ No

If no, give the approximate date of disposition

N/A

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

ORIGINAL

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        12-17-2024 @ 1800 hr.

Signature of Plaintiff

Printed Name of Plaintiff        EDWARD ALEXANDER AYANT

Prison Identification #        2124942

Prison Address        P.O. BOX 6925

VENTURA                          CALIF    93006-6925
          City                                State         Zip Code

### B.    For Attorneys        NO ATTORNEY, PLAINTIFF IN PRO-SE

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

      City                                State         Zip Code

Telephone Number

E-mail Address



Page 11 of 11

UNITED STATES CENTRAL DISTRICT OF CALIFORNIA COURT

FOR:
EDWARD ALEXANDER AYANS ID#2124842
VENTURA CO. JAIL, TRE-L-HPU-5-5
600 SOUTH TODD ROAD
P.O. BOX #6929
VENTURA, CALIF. 93006-6929

PARTY SERVING THIS IS:
AARON JAMES PIERCE 2199395
VENTURA CO. JAIL, TRE-1-HPU-5-9
600 Sn. TODD RD., P.O. BOX #6929
VENTURA, CALIF. 93006-6929

PROOF OF SERVICE BY MAIL

CASE No:
(PROVIDED BY COURT CLERK)

RE: ATTACHED CIVIL RIGHTS COMPLAINT OF
EDWARD ALEXANDER AYANS (2124842)

JAIL E-MAIL @ venturasheriff.org
JAIL PHONE NO'S:

I AARON JAMES PIERCE 2199395 DECLARE UNDER THE PENALTY OF PERJURY, I AM OVER THE AGE OF 18, MY MAILING ADDRESS IS LISTED ABOVE, I AM NOT AN INTERESTED PARTY TO THE ATTACHED, BUT I AM A WITNESS TO THE FACT THAT THE PLAINTIFF EDWARD ALEXANDER AYANS 2124842 WAS ASSAULTED AND FORCED TO DEFEND HIMSELF HERE AT VENTURA COUNTY JAIL BECAUSE OF FALSE ARTICLES MEDIA HAS HAD ON SOCIAL MEDIA FOR OVER THREE YEARS CALLING HIM "A RAPIST"

ON DECEMBER 25, 2024 I SERVED COPIES OF THE WITHIN,
① COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PURSUANT 42 USC §1983)
② REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES WITH DECLARATION IN SUPPORT/ CERTIFICATE OF AUTHORIZED OFFICER/ SIX MONTH COPY OF JAIL ACCOUNT BALANCE STATEMENT

ONE POSTAGE PAID SELF ADDRESSED ENVELOPE, SO CLERK USES IT TO RETURN A STAMPED AS FILED COPY OF THE MATTER BACK TO PLAINTIFF FOR IT PLEASE.

IN SAID ACTION I SERVED THIS MATTER TO PARTIES LISTED HEREINAFTER BY PLACING IT IN A POSTAGE PAID SELF ADDRESSED ENVELOPE I SEALED AND DEPOSITED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
255 E. TEMPLE ST, SUITE TS-134
ATTN: LOS ANGELES, CALIF 90012
PRO-SE CLERK

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT
EXECUTED ON THIS ON 12-25-24 IN SANTA PAULA, CALIFORNIA.

12-25-2024
(DATED)

AARON JAMES PIERCE (2199395)
DECLARANT

(ORIGINAL)